In the Matter of MURRAY H. SHULMAN, Appellant, v THOMAS J. CAHILL, Respondent.

Submitted November 15, 2004; decided December 21, 2004

Motion for leave to appeal denied. Motion to enlarge the record on appeal denied. Motion for poor person relief dismissed as academic.

SHAWN STOCKLAS, Appellant, v AUTO SOLUTIONS OF GLENVILLE, INC., et al., Respondents. (And Another Related Action.)

Submitted November 15, 2004; decided December 21, 2004

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that denied appellant's motion to renew or reargue, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of JACK VIGLIOTTI, Appellant, v JOHN BURGE, as Superintendent of Auburn Correctional Facility, et al., Respondents.

Submitted November 8, 2004; decided December 21, 2004

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.